# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Tatel, David S. | U.S. Court of Appeals, DC Cir. | 05/11/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Circuit Judge (Active) | ☐ Nomination Date<br>☐ Initial ✔ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

Prettyman U.S. Courthouse
333 Constitution Ave., NW
Washington, DC 20001

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Board Member | Federal Judicial Center |
| 2. Member of Judicial Advisory Board | American Society of International Law |
| 3. Co-Chair, Committee on Science, Technology, and Law | National Academy of Sciences |
| 4. Board Member | Associated Universities, Inc. |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tatel, David S. | 05/11/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

|  | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

|  | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

|  | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | The Annenberg Foundation Trust | 2/28/19-3/2/19 | Rancho Mirage, CA | Attend National Academy of Sciences co-sponsored seminar on science in the courts | Airfare, Lodging, Meals, Local Transportation |
| 2. | National Academy of Sciences | 3/3/19-3/5/19 | Pasadena, CA | Attend Committee Meeting | Airfare, Lodging. Meals, Local Transportation |
| 3. | University of California, Berkeley | 4/3/19-4/7/19 | Berkeley, CA | Judge Moot Court Competition | Airfare, Lodging, Meals |
| 4. | American Philosophical Society | 4/25/19-4/27/19 | Philadelphia, PA | Deliver educational speech | Train fare, Lodging |
| 5. | Associated Universities, Inc. | 5/22/19-5/24/19 | Boston, MA | Attend Board Meeting | Airfare, Lodging, Local Transportation |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | **Tatel, David S.** | 05/11/2020 |

| | | | | | |
|---|---|---|---|---|---|
| 6. | Green Bank Observatiory | 7/20/19-7/22/19 | Green Bank, WV | Attend symposium | Lodging, Meals |
| 7. | Associated Universities, Inc. | 10/3/19 | Tysons Corner, VA | Attend Board Meeting | Local Transportation |
| 8. | Chicago Lawyers' Committee for Civil Rights Under Law | 10/24/19-10/25/19 | Chicago, IL | Deliver speech at 50th anniversary event | Airfare, Meals, Local Transportation |
| 9. | National Academy of Sciences, Washington, D.C. | 10/31/19-11/1/19 | Washington, D.C. | Attend Committee Meeting | Local Transportation |

| Name of Person Reporting | Date of Report |
|---|---|
| Tatel, David S. | 05/11/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔    NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔    NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tatel, David S. | 05/11/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.  Capital One Bank | A | Interest | K | T | | | | | |
| 2.  Starbucks Corp. | C | Dividend | N | T | | | | | |
| 3.  Standard & Poors Midcap 400 | C | Dividend | M | T | | | | | |
| 4.  Federal Realty Investment Trust | B | Dividend | K | T | | | | | |
| 5.  Avalonbay Communities | B | Dividend | K | T | | | | | |
| 6.  Charles Schwab Bank | A | Interest | L | T | | | | | |
| 7.  DFA International Small Cap Value Portfolio | A | Dividend | J | T | | | | | |
| 8.  DFA T.A. U.S. Core Equity 2 Portfolio | A | Dividend | K | T | | | | | |
| 9.  DFA US Core Equity 2 Portfolio | C | Dividend | L | T | | | | | |
| 10.  United Therapeutics Corp. | | None | J | T | | | | | |
| 11.  Solaredge Tech | | None | J | T | | | | | |
| 12.  DFA International Core Equity Portfolio | A | Dividend | K | T | | | | | |
| 13.  DFA Muni Real Return Portfolio Inst | B | Dividend | M | T | | | | | |
| 14.  First Solar Inc. | | None | J | T | | | | | |
| 15.  Simplified Employee Pension Plan (SEP-IRA) (H) | | | | | | | | | |
| 16.  --Charles Schwab Bank | A | Interest | J | T | | | | | |
| 17.  --DFA Selectively Hedged Global Fixed Income Portfolio | A | Dividend | K | T | Sold (part) | 12/03/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tatel, David S. | 05/11/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. --DFA International Core Equity Portfolio | C | Dividend | M | T | Buy<br>(add'l) | 03/28/19 | J | | |
| 19. --See Line 18 | | | | | Buy<br>(add'l) | 06/27/19 | J | | |
| 20. --See Line 18 | | | | | Buy<br>(add'l) | 09/27/19 | J | | |
| 21. --See Line 18 | | | | | Buy<br>(add'l) | 12/16/19 | J | | |
| 22. Individual Retirement Account (H) | | | | | | | | | |
| 23. --U.S. Treasury TIPS 2% due 1/15/26 | C | Interest | M | T | | | | | |
| 24. --Vanguard S/T Investment Grade Fd | D | Dividend | N | T | | | | | |
| 25. --Vanguard Inter Term Investment Grade Fd | C | Dividend | L | T | | | | | |
| 26. --DFA Five Year Global Fixed Income Portfolio | D | Dividend | N | T | | | | | |
| 27. --DFA Selectively Hedged Global Fixed Income Portfolio | D | Dividend | N | T | | | | | |
| 28. --PIMCO Emerging Local Bond Fund | B | Dividend | K | T | | | | | |
| 29. --DFA Emerging Markets Core Equity Portfolio | B | Dividend | L | T | Buy<br>(add'l) | 03/05/19 | J | | |
| 30. --DFA Emerging Markets Small Cap Portfolio | B | Dividend | L | T | | | | | |
| 31. --DFA International Core Equity Portfolio | B | Dividend | L | T | Buy<br>(add'l) | 01/17/19 | J | | |
| 32. --DFA International Small Cap Value Portfolio | C | Dividend | M | T | | | | | |
| 33. --DFA U.S. Core Equity 2 Portfolio | B | Dividend | L | T | Buy<br>(add'l) | 01/17/19 | K | | |
| 34. --See Line 33 | | | | | Sold<br>(part) | 12/23/19 | K | D | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tatel, David S. | 05/11/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35.   --DFA U.S. Small Cap Value Portfolio | B | Dividend | M | T | | | | | |
| 36.   --DFA U.S. Micro Cap Portfolio | A | Dividend | M | T | | | | | |
| 37.   --DFA Emerging Markets Value Portfolio | B | Dividend | L | T | | | | | |
| 38.   --Charles Schwab Bank | A | Interest | J | T | | | | | |
| 39.   --Templeton Global Bond Fund | B | Dividend | | | Sold | 11/25/19 | K | A | |
| 40.   --Vanguard Total International Bond ETF | B | Dividend | L | T | | | | | |
| 41.   --Vanguard Short-Term Inflation-Protected Securities ETF | B | Dividend | L | T | | | | | |
| 42.   --Vanguard Emerging Markets Government Bond ETF | B | Dividend | K | T | | | | | |
| 43.   --United Therapeutics | | None | J | T | | | | | |
| 44.   --DFA Targeted Credit Portfolio | D | Dividend | N | T | Buy (add'l) | 01/17/19 | K | | |
| 45.   MassMutual Life- whole life insurance policy | D | Int./Div. | N | T | | | | | |
| 46.   Rental property, Rappahannock County, VA (8/2/96 $86,600) | D | Rent | L | R | | | | | |
| 47.   Nevada College Savings Plan Vanguard Moderate Growth Port (no control) | | None | K | T | Buy (add'l) | 02/21/19 | J | | |
| 48.   Nevada College Savings Plan Vanguard Income Portfolio (no control) | | None | J | T | | | | | |
| 49.   Nevada College Savings Plan Vanguard Conserv Grwth Port (no control) | | None | | | Sold | 2/21/19 | K | A | |
| 50.   Nevada College Savings Plan Vanguard Growth Portfolio (no control) | | None | | | Sold | 2/21/19 | K | A | |
| 51.   Nevada College Savings Plan Vang Moderate Age-Based Port (no control) | | None | L | T | Buy | 2/21/19 | M | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Tatel, David S.** | 05/11/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ David S. Tatel**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544